# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| GPD HOLDINGS, LLC d/b/a COINFLIP, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | Case No. 3:26-cv-284 |
| v. | ) ) | Judge Travis R. McDonough |
| GREG GONZALES, *et al.*, | ) ) | Magistrate Judge Debra C. Poplin |
| *Defendants*. | ) ) ) | |

## MEMORANDUM AND ORDER

Before the Court are America Digital Inc. d/b/a America Bitcoin ("America Bitcoin") and BudgetCoinz's motion to intervene as plaintiffs (Doc. 19) and motion to join Plaintiffs' motion for temporary restraining order and preliminary injunction (Doc. 20). Both Plaintiffs and Defendants do not oppose America Bitcoin or BudgetCoinz's motions. (Docs. 22, 23.) Therefore, America Bitcoin and BudgetCoinz's motions (Docs. 19, 20) are **GRANTED**.

Because the Court already denied Plaintiffs' motion for temporary restraining order (Doc. 25), and the declarations from America Bitcoin and BudgetCoinz (Docs. 20-1, 20-1) add nothing that would change that outcome, the denial stands.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**